## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JACKIE ILES,                     )
        **Plaintiff,**        )
                   )  **Case No.: 5:17-cv-01973**
                   )
     **v.**                     )
                   )
**BLUESTEM BRANDS, INC. D/B/A**  )
**FINGERHUT,**                   )
        **Defendant.**        )
                   )

### <u>NOTICE OF SETTLEMENT</u>

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>May 23, 2018</u>          BY: */s/ Amy L. Bennecoff Ginsburg*
                              Amy L. Bennecoff Ginsburg, Esquire
                              Kimmel & Silverman, P.C.
                              30 E. Butler Avenue
                              Ambler, PA 19002
                              Phone: (215) 540-8888
                              Facsimile: (877) 788-2864
                              Email: aginsburg@creditlaw.com
                              Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this May 23, 2018 a true and correct copy of the foregoing

pleading was served via ECF to the below:

Hunter R. Eley Esq.
Doll Amir & Eley LLP
1888 Century Park East,
Suite 1850
Los Angeles CA 90067
Phone: (310) 557-9100
Fax: (310) 557-9101
Email: heley@dollamir.com


Dated: <u>May 23, 2018</u>                    BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                               Amy L. Bennecoff Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: (877) 788-2864
                                               Email: aginsburg@creditlaw.com
                                               Attorney for the Plaintiff